## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DONALD COHEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18-CV-675 CDP |
| ) | |
| CHARLES W. CHASTAIN, III, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The Parties, Plaintiff Donald Cohen ("Plaintiff") and Defendant Charles W. Chastain, III's ("Defendant"), through their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims and causes of actions of Plaintiff's Complaint are to be dismissed with prejudice. Each party will bear their own costs and own attorney fees.

Respectfully submitted,

SCHOTTEL & ASSOCIATES, P.C.

BY: s/*James W. Schottel, Jr.*
    James W. Schottel, Jr.   #51285MO
    906 Olive St., PH
    St. Louis, MO 63101
    (314) 421-0350
    (314) 421-4060 facsimile
    jwsj@schotteljustice.com

    Attorney for Plaintiff
    Donald Cohen

ECKENRODE-MAUPIN

BY:  s/ *J. Thaddeus Eckenrode*
    J. Thaddeus Eckenrode #31080MO
    Alejandro S. Valdez #68528MO
    11477 Olde Cabin Rd., Ste. 110
    St. Louis, MO 63141
    (314) 726-6670
    (314) 726-2106 Facsimile
    jte@eckenrode-law.com
    sdm@eckenrode-law.com

    Attorneys for Defendant
    Charles W. Chastain, III

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2019, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

                J. Thaddeus Eckenrode
                jte@eckenrode-law.com

                Alejandro S. Valdez
                asv@eckenrode-law.com

                Attorneys for Defendant
                Dr. Charles W. Chastain, III


                s/*James W. Schottel, Jr.*